B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lott Surplus Material Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lott Contractors** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**76-0472685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15798 Wise Road**<br>**Hamshire, TX**<br>ZIP Code **77622** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** (other offices in Ft. Worth & Mont Belvieu, TX) | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 507**<br>**Hamshire, TX**<br>ZIP Code **77622** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br> in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br> of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br> of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                           **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Lott Surplus Material Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 **\*\***<br>     days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in<br>     this District, or has no principal place of business or assets in the United States but is a defendant in an action or<br>     proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief<br>     sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure<br>     the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period<br>     after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**\*\***The Debtor has an office in Mont Belvieu, Chambers County, Texas.

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Lott Surplus Material Inc. |
|---|---|

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

**Ronald J. Sommers 18842500**
Printed Name of Attorney for Debtor(s)

**Nathan Sommers Jacobs, A Professional Corporation**
Firm Name

**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**

_____
Address

**713-960-0303  Fax: 712-892-4800**
Telephone Number

10/22/10
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Robert S. Lott**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

10/22/10
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court

## Southern District of Texas

In re    **Lott Surplus Material Inc.**                                     Case No. _____

                                                    Debtor

                                                                    Chapter                          **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert S. Lott**<br>**PO Box 507**<br>**Hamshire, TX 77622** | | | **100%** |

___0___   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Lott Surplus Material Inc.**                Case No._____

                                        Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ 10/22/10 _____      Signature _____

                                        **Robert S. Lott**
                                        **President**

     *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C §§ 152 and 3571.

## SPECIAL MEETING OF THE BOARD OF DIRECTORS OF
## LOTT SURPLUS MATERIALS, INC.

**WHEREAS,** a special meeting of the Board of Directors of Lott Surplus Materials, Inc. ("Corporation") was held on October 14, 2010, at 10:00 A.M. and the meeting was attended by the undersigned sole director, which represents a quorum of the directors of the Corporation, and the director present adopted the following resolutions:

**RESOLVED,** that because the Corporation is unable to pay its debts as they become due, the Corporation file a voluntary petition under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for reorganization purposes.  Further, it is

**RESOLVED,** that Robert Lott, President ("Lott"), of the Corporation, be, and hereby is, authorized and directed on behalf of the Corporation, to prepare and file the voluntary petition under Chapter 11 of the Bankruptcy Code, and all other necessary papers in connection therewith, in the United States Bankruptcy Court for the Southern District of Texas, and to do any other acts and take any other steps, in the name and on behalf of the Corporation, necessary or appropriate to reorganize as herein contemplated and is authorized to sign all documents on behalf of the Corporation which are necessary or appropriate to reorganize as herein contemplated ("Reorganization").  Further, it is

**RESOLVED,** that Lott be, and hereby is, authorized to retain the law firm of Nathan Sommers Jacobs, A Professional Corporation, as counsel to represent the Corporation in the Reorganization.

Robert Lott, Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Lott Surplus Material Inc.**        Case No. _____

            Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Janco Drilling Co., Inc.<br>19319 Hwy 101<br>Iowa, LA 70647 | Janco Drilling Co., Inc.<br>19319 Hwy 101<br>Iowa, LA 70647 | | | **592,215.00** |
| Chevron Pipe Line Company<br>4800 Fournace Place<br>Bellaire, TX 77401 | Chevron Pipe Line Company<br>4800 Fournace Place<br>Bellaire, TX 77401 | Overpayment Refund | | **323,773.54** |
| KDR Supply, Inc.<br>PO Box 10130<br>Liberty, TX 77575-7630 | KDR Supply, Inc.<br>PO Box 10130<br>Liberty, TX 77575-7630 | | | **271,021.02** |
| Nuco Directional Drilling, LLC<br>205 Airline Road<br>Calhoun, LA 71225 | Nuco Directional Drilling, LLC<br>205 Airline Road<br>Calhoun, LA 71225 | | | **244,590.00** |
| Enterprise Leasing<br>10401 Centrepark Dr.<br>Houston, TX 77043 | Enterprise Leasing<br>10401 Centrepark Dr.<br>Houston, TX 77043 | | | **177,433.28** |
| Cisco Food Equipment<br>520 SE Loop 338<br>Odessa, TX 79762-9705 | Cisco Food Equipment<br>520 SE Loop 338<br>Odessa, TX 79762-9705 | | | **152,770.33** |
| Point to Point Drilling, Inc.<br>PO Box 785<br>Welsh, LA 70591 | Point to Point Drilling, Inc.<br>PO Box 785<br>Welsh, LA 70591 | | | **132,720.00** |
| Ritter Forest Products<br>PO Box 1265<br>Nederland, TX 77627 | Ritter Forest Products<br>PO Box 1265<br>Nederland, TX 77627 | | | **128,700.73** |
| Wesco Distribution Inc.<br>PO Box 676280<br>Dallas, TX 75267 | Wesco Distribution Inc.<br>PO Box 676280<br>Dallas, TX 75267 | | | **118,952.79** |
| SEC Energy Products & Services<br>PO Box 203675<br>Houston, TX 77216 | SEC Energy Products & Services<br>PO Box 203675<br>Houston, TX 77216 | | | **116,541.14** |
| Gulfco Industrial Equipment<br>PO Box 20295<br>Beaumont, TX 77720 | Gulfco Industrial Equipment<br>PO Box 20295<br>Beaumont, TX 77720 | | | **109,864.84** |

**B4 (Official Form 4) (12/07) - Cont.**

In re __**Lott Surplus Material Inc.**__                              Case No. _____

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Nelson Equipment Ltd.<br>9400 N. Hwy 146<br>Baytown, TX 77523 | Nelson Equipment Ltd.<br>9400 N. Hwy 146<br>Baytown, TX 77523 | | | 103,812.74 |
| United Equip Rentals Gulf, LP<br>File 51122<br>Los Angeles, CA 90074-1122 | United Equip Rentals Gulf, LP<br>File 51122<br>Los Angeles, CA 90074-1122 | | | 88,354.67 |
| PowerPlan/Rush Equipment<br>21310 Network Place<br>Chicago, IL 60673-1213 | PowerPlan/Rush Equipment<br>21310 Network Place<br>Chicago, IL 60673-1213 | | | 84,085.06 |
| Inland Industrial Service<br>PO Box 843888<br>Dallas, TX 75284-3888 | Inland Industrial Service<br>PO Box 843888<br>Dallas, TX 75284-3888 | | | 81,970.88 |
| Wholesale Electric (Beaumont)<br>4790 W. Cardinal Drive<br>Beaumont, TX 77705 | Wholesale Electric (Beaumont)<br>4790 W. Cardinal Drive<br>Beaumont, TX 77705 | | | 72,789.33 |
| Dakota Utility Service<br>PO Box 657<br>Ennis, TX 75120 | Dakota Utility Service<br>PO Box 657<br>Ennis, TX 75120 | | | 65,750.00 |
| Milbar Hydro-Test Inc.<br>PO Box 7701<br>Shreveport, LA 71137-7701 | Milbar Hydro-Test Inc.<br>PO Box 7701<br>Shreveport, LA 71137-7701 | | | 63,811.70 |
| Summit Electric Supply<br>PO Box 20064<br>Beaumont, TX 77720 | Summit Electric Supply<br>PO Box 20064<br>Beaumont, TX 77720 | | | 54,644.63 |
| A.N. Associates, Inc.<br>311 N Center Avenue<br>Brownwood, TX 76801 | A.N. Associates, Inc.<br>311 N Center Avenue<br>Brownwood, TX 76801 | | | 54,000.00 |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Texas

In re   __Lott Surplus Material Inc.__        Case No. _____

                       Debtor(s)        Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    10/22/10 _____        Signature _____

                                       **Robert S. Lott**
                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re   __Lott Surplus Material Inc.__

<table>
<tr><td></td><td>Debtor(s)</td><td>Case No.</td><td></td></tr>
<tr><td></td><td></td><td>Chapter</td><td>11</td></tr>
</table>

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10/22/10

*Robert S. Lott*

__Robert S. Lott/President__
Signer/Title

2-C Equipment
PO Box 276
Jarrell, TX 76537


A & A Equipment
780 Chamberlin
Beaumont, TX 77707


A-SAF-T-Box, LP
PMB 620
Spring Branch, TX 78070


A.G.P. Security, Inc.
PO Box 5
Joshua, TX 76058


A.N. Associates, Inc.
311 N Center Avenue
Brownwood, TX 76801


AA Concrete
5758 Mountain Stream Trial
Keller, TX 76248


Acadiana Shell & Limestone
PO Box 280
Abbeville, LA 70511-0280


Acorn Steel Sales
1540 Main Lane
Beaumont, TX 77713

ADT Security Services
PO Box 371956
Pittsburgh, PA 15250-7956

Aetna
7400 W. Campus Road
New Albany, OH 43054

Agricredit Acceptance
Scott Financial Services
PO Box 2000
Johnston, IA 50131

Agricredit Acceptance
DeLage Landen
PO Box 2000
Johnston, IA 50131

Agricredit Acceptance
DeLage Landen
POB 2000
Johnston, IA 50131

Air Products
1520 South Street
Beaumont, TX 77701

Airgas Mid South
PO Box 676015
Dallas, TX 75267-6015

Airgas South
2945 Ellisville Blvd
Laurel, MS 39440

Airgas Southwest
PO Box 676031
Dallas, TX 75267-6031


Airtool Equipment Rental
PO Box 266597
Houston, TX 77207-6597


All-Tex Pipe & Supply
PO Box 911854
Dallas, TX 75391-1854


Allen's Enterprises
380 Beach Street
Vidor, TX 77662


Allied Elect. Syst. & Solution
1427 Lindbergh
Beaumont, TX 77707


American Crane & Rigging, Inc.
PO Box 22641
Beaumont, TX 77720


Amerisure Insurance
Dept. #78226
PO Box 78000
Detroit, MI 48278-0226


Apache Asphalt, Inc.
PO Box 265
Midway, FL 32343

Apollo Office Systems
407 South Second Street
Alvin, TX 77511


Applied Standards Inspection
4781 Hwy 69 South
Beaumont, TX 77705


Aqua-Tex
2211 Louetta
Spring, TX 77388-4706


AT & T Houston
PO Box 5001
Carol Stream, IL 60197-5001


AT & T Mobile
PO Box 6463
Carol Stream, IL 60197-6463


AT&T-TI
P.O. Box 5001
Carol Stream, IL 60197-5001


ATSCO
PO Box 787
Nederland, TX 77627


Audilet Tractor Sales, Inc.
5610 Washington Blvd
Beaumont, TX 77707

Aztec Bolting
520 Dallas Street
League City, TX 77573


B.B. Rentals
PO Box 85
Stowell, TX 77661


Baker Corp.
PO Box 513967
Los Angeles, CA 90051-3967


Bane Machinery
505 Rankin Road
Houston, TX 77073


Barnett Fence Company
1701 Port Neches Avenue
Port Neches, TX 77651


Barrier Equipment
600 Long Drive
Houston, TX 77087


Basil Oil Field Services
PO Box 93
Saratoga, TX 77585


Baytown Bolt
PO Box 2305
Baytown, TX 77522

Baytown Valve & Fitting Co.
PO Box 4346
Houston, TX 77210-4346


Beaumont Tractor Co.
4430 College
Beaumont, TX 77707


Becker Printing Company
850 Fannin
Beaumont, TX 77701-2809


BJ Portacan
PO Box 1023
Highlands, TX 77562-1023


Bolt-It Hydraulic Solutions
302 West A Street
Jenks, OK 74037


Bolttech - Mannings, Inc.
PO Box 347101
Pittsburgh, PA 15251-4101


Boots Smith Oilfield Services
2501 Airport Drive
Laurel, MS 39440


Boumans Equipment & Trailer
PO Box 21356
4605 Fannet Rd. # 1
Beaumont, TX 77720

Bridgeport Tank & Truck, LLC
PO Box 6
Bridgeport, TX 76426


Briggs Equipment
10540 N Stemmons Fwy
Dallas, TX 75220


C & L Vaccum Service
PO Box 400
Daisetta, TX 77533-0400


C&M Trucking
13252 Fig Plant Road
Hamshire, TX 77622


Cain's Pipeline & Industrial
PO Box 297
Addis, LA 70710


Campbell Concrete & Materials
105 E. Boothe Street
Cleveland, TX 77327


Can-Doo DFW
301 Goliad Drive
Abilene, TX 79601


CAR-BER
315 South Loop 201
Hwy 146
Baytown, TX 77520

Carboline Co
2150 Schuetz Road
Saint Louis, MO 63146


Cavett, Turner & Wyble, LLP
PO Box 2032
Beaumont, TX 77704


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Centerpoint Energy
4500 S. Shaver, Building D
Suite 245G
Houston, TX 77034


Centerpoint Energy
Attn: Jose Garza
PO Box 61860
Houston, TX 77208-1860


Centex Pipe & Equipment
PO Box 1145
Luling, TX 78648


Century Ready Mix
PO Box 4420
Monroe, LA 71211


Cetco dba Nitrogen Specialty
PO Box 202172
Dallas, TX 75320-2172

Charles M. McDonald
708 Julia Street, Suite 113
Rayville, LA 71269-2638


Chevron Pipe Line Company
4800 Fournace Place
Bellaire, TX 77401


Cisco Food Equipment
520 SE Loop 338
Odessa, TX 79762-9705


Classic Glass
520 Bass Road
Beaumont, TX 77705


CMM Construction Co., Inc.
PO Box 12479
Beaumont, TX 77726


CNH Capital
PO Box 894703
Los Angeles, CA 90189


CNH Capital
P.O. Box 894703
Los Angeles, CA 90189


Coastal Welding Supply
PO Box 3029
Beaumont, TX 77704

Comm-Spec, Inc.
PO Box 1308
Friendswood, TX 77549


Complete Pipeline Service and Supply
PO Box 70517
Tuscaloosa, AL 35407-0517


Contractors Building Supply Co.
408 W. Marshall
Longview, TX 75601


Cooper Fire Extinguisher
PO Box 785
Burleson, TX 76097


Courtney Construction, Inc.
2617 US Hwy 79 N
Carthage, TX 75653


Cowboy Valve & Fitting, Inc.
PO Box 21140
Beaumont, TX 77720


Crabtree Barricade System, Inc.
PO Box 20195
Beaumont, TX 77720


Crain Bros. Inc.
PO Box 8884
Lake Charles, LA 70606

Crane Equipment & Service, Inc.
140 John James Audubon Pkwy
Amherst, NY 14228-1197


Creighton, Fox, Johnson & Mills
PO Box 5607
Beaumont, TX 77726-5607


Crystal Clean
13621 Collection Center Drive
Chicago, IL 60693-0136


Curtis & Son Vacuum Service Inc.
PO Box 767
Liberty, TX 77575


D & R Supply
1021 W. Laurel Avenue
Eunice, LA 70535


Dakota Utility Service
PO Box 657
Ennis, TX 75120


Darby Equipment Company
2940 North Toledo Ave.
Tulsa, OK 74115


Dayton Lease Service
PO Box 72
Dayton, TX 77535

```
Deep South Crane - TX
200 Holmes Road
Houston, TX 77045


Delta Directional
PO Box 219
Newton, MS 39345


Delta Disposals
632 Meadowlark
Monroe, LA 71203


Delta Fuel
PO Box 1810
Ferriday, LA 71334


Distribution International
POBox 840610
Dallas, TX 75284-0610


Dorsett Bros. Concrete Supplies
PO Box 5766
Pasadena, TX 77508-5766


Drago Supply
PO Box 849737
Dallas, TX 75284


Dual Service Welding & Supply
3144 Texas Avenue
Bridge City, TX 77611
```

Dynamic Oilfield Products, LLC
103 Lafferty Drive
Broussard, LA 70518


Eagle NDT, LLC
PO Box 3499
Abilene, TX 79604


Eastex Rentals
PO Box 1591
Silsbee, TX 77656


Edward Hatcher-Bayou Airboat
8091 Wheat Lane
Beaumont, TX 77705


EL Irrigation & Landscaping
1875 Forsythe
Beaumont, TX 77701


Elkins Tractor Service
13480 Craigen Road
Beaumont, TX 77705


Elliott Electric Supply
PO Box 630610
Nacogdoches, TX 75963


Emerson Network Power
P.O. Box 70474
Chicago, IL 60673

Enterprise Leasing
10401 Centrepark Dr.
Houston, TX 77043


Enterprise Leasing
P.O. Box 800089
Kansas City, MO 64180


Enterprise Rent A Car
10401 Centrepark Drive, Suite 100
Houston, TX 77043


Enviro Solutions
2300 Hwy 365, Suite 400
Nederland, TX 77627


Enviro Waste Solutions LLC
2300 Hwy 365, Suite 400
Nederland, TX 77627


Ernie's Hardware & General Mercant
PO Box 969
Sour Lake, TX 77659


ES&H Consulting Service
007 Ranch Road
620 South #202
Austin, TX 78734


Eubanks and Company
PO Box 361
Mont Belvieu, TX 77580

Eubanks FRC and Ind. Supply
1430 Woodworth
(Memorial Blvd.)
Port Arthur, TX 77640


Everitt Industrial Supply
PO Box 1152
Channelview, TX 77530


EvRidge Tractor, Inc.
PO Box 2028
Mansfield, TX 76063


Expro Americas LLC
PO Box 122080
Dept. 2080
Dallas, TX 75312


F & L Concrete Services, Inc.
PO Box 636
League City, TX 77574


F & S Equipment & Supplies
3221 2nd Avenue South
Birmingham, AL 35222


Far West Capital
FBO Hill's Utility Serv.
PO Box 3427
Cedar Park, TX 78630


Far West Capital
c/o T.F. Relocators
PO Box 30317
Austin, TX 78755

Farm & Home Supply
PO Box A
Winnie, TX 77665


Fastenal Industrial
PO Box 1286
Winona, MN 55987-1286


Flowserve US Inc.
PO Box 91329
Chicago, IL 60693


Formworks Services and Supply
14906 Chrisman Road
Houston, TX 77039


FW Freight Service, Inc.
PO Box 457
Burleson, TX 76028


G and S Tire & Automotive
PO Box 1106
Greenville, AL 36037


G-Blast Service & Supply
1180 Laurel Street
Beaumont, TX 77704


Gajeske, Inc.
2929 Antoine Drive
Houston, TX 77092

```
Gary Whitman Construction
PO Box 20
Sour Lake, TX 77659



GCR Tire Centers (Beaumont)
5555 College
Beaumont, TX 77707



GCR Tire Centers (Monroe)
7410 Frontage Road
Monroe, LA 71202



Gearench
PO Box 192
4450 S. Hwy 6
Clifton, TX 76634



Gems Construction
729 Sharon Lane
Baytown, TX 77521



Georgetown Transportation Int
PO Box 1106
Georgetown, TX 78627



Global Safety & Security, Inc.
4713 Trenton Street
Metairie, LA 70006



Global Sales Agency, LLC
1909 Marvin Circle
Seabrook, TX 77586
```

Global X-Ray & Testing
PO Box 1536
Morgan City, LA 70381


Golden Triangle Industries
19262 Hwy 62 S
Orange, TX 77630


Granger Dept
Dept #8634259922
PO Box 419267
Kansas City, MO 64141-6267


Greene's Energy Group, LLC
PO Box 676263
Dallas, TX 75267-6263


Greenville Gravel Company
PO Box 220
200 Belle Aire Street
Greenville, MS 38701


Gulf Coast Pipeline Services
PO Box 590002
Houston, TX 77259


Gulfco Industrial Equipment
PO Box 20295
Beaumont, TX 77720


Gulfway Lumber
PO Box 1806
Winnie, TX 77665

```
H & E Equipment Sales
PO Box 849850
Dallas, TX 75284-9850



H.W. Butler & Associates, Inc.
PO Box 101
Sour Lake, TX 77659



Hamshire Water
PO Box 417
Hamshire, TX 77622



Harris Tire
12988 Market Street
Houston, TX 77015



Hartmann Building Specialities
PO Box 20456
Beaumont, TX 77720



HD Electrical Supply
PO Box 951934
Dallas, TX 75395-1934



Hertz Equip./Service Pump & Co
PO Box 650280
Dallas, TX 75265-0280



Hightech Signs
3930 Phelan Blvd
Beaumont, TX 77707
```

Hinds Quality Fences, Inc.
P.O. Box 335
Groves, TX 77619


Holley, Inc.
PO Box 2255
705 Mabry Street
Tallahassee, FL 32304


Holt Cat
PO Box 911975
Dallas, TX 75391-1975


Home Depot
Dept 32-2541718007
PO Box 6031
The Lakes, NV 88901-6031


Hoover Oilfield Supply
PO Box 90984
Houston, TX 77273


HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197


Hunter Heavy Equipment
PO Box 2429
Texas City, TX 77590


Hurt Co. Drawer Wachovia Bank
7107 Envoy Ct
Dallas, TX 75247

```
I 35 San Pit
PO Box 611
Alvarado, TX 76009




Industrial Safety Training Cou
324 Hwy 69
Nederland, TX 77627




Industrial Solutions Group
600 Jefferson Street, Suite 1403
Lafayette, LA 70501




Inland Industrial Service
PO Box 843888
Dallas, TX 75284-3888




Insurance Information Exchange
PO Box 27828
New York, NY 10087




International Galvanizing
PO Box 843771
Dallas, TX 75284-3771




IPC, Inc.
300 Villanova Drive SW
Atlanta, GA 30336-2526




IWS Gas & Supply
4117 Fair Drive
Pasadena, TX 77507
```

J & B Pipeline Supply Co.
2921 N. Alexander Dr.
PO Box 1814
Baytown, TX 77522-1814


J & J Stump Service
1100 Texas Street
Orange, TX 77630


J & M Bagging & Sales
PO Box 1310
Starkville, MS 39760


J. H. Dowling, Inc.
PO Box 308
705 West Madison Street
Tallahassee, FL 32302


J.J. Keller
PO Box 548
Neenah, WI 54957-0548


Janco Drilling Co., Inc.
19319 Hwy 101
Iowa, LA 70647


Jeff's Truck & Equipment, Inc.
PO Box 9183
Liberty, TX 77575


Jentex Equipment
39271 I-10
Winnie, TX 77665

Jestex Corporated
PO Box 5187
Houston, TX 77262-5187


JK Chevrolet
1451 Hwy 69
Nederland, TX 77627


John Deere Credit
PO Box 650215
Dallas, TX 75265


John Deere Credit
PO Box 650215
Dallas, TX 75265-0215


Johnnie on the Spot
PO Box 1583
Nederland, TX 77627


Johnnie on the Spot-LV
823 W. Marshall Avenue
Longview, TX 75601


Kat Excavation & Construction
PO Box 383
Sour Lake, TX 77659


KDR Supply, Inc.
PO Box 10130
Liberty, TX 77575-7630

Kee West Equipment
15009 I-10 East
Baytown, TX 77520-8744


L & R RV Park
PO Box 1434
Mont Belvieu, TX 77580


LA Pipeline Rental & Industrial
PO Box 1820
Sulphur, LA 70664-1820


Liberty Fleet Services, LLC
PO Box 635
Cypress, TX 77410


Liberty Ready Mix
PO Box 9117
Liberty, TX 77575


Lone Star Rigging, LLP
4175 West Cardinal Drive
Beaumont, TX 77705


Louisiana Machinery
PO Box 54942
New Orleans, LA 70154


Lowes
PO Box 530970
Atlanta, GA 30353-0970

Lufkin Industries, Inc.
PO Box 849
711 Industrial Blvd
Lufkin, TX 75902


M & B Tools and Equipment
PO Box 88
Pasadena, TX 77501-0088


M & D Supply
4580 College Street
Beaumont, TX 77707


M & M Rent-All
2902 Hwy 90
Liberty, TX 77575


M. Weeks Welding Laboratory
4405 Hwy 347
Nederland, TX 77627


Marco Inspection & Testing
PO Box 1941
Kilgore, TX 75663


Market Basket Accounts Receivable
PO Box 1717
Nederland, TX 77627-1717


Mason Dixon Lines
PO Box 712952
Cincinnati, OH 45271-2952

Matheson Tri Gas
PO Box 845502
Dallas, TX 75284-5502


McGown Oil Co
P.O. Box 388
Winnie, TX 77665


McGraw-Hill Dodge
7625 Collections Center Drive
Chicago, IL 60693


McJunkin RedMan Corp
12316 FM 3083
Conroe, TX 77301


Meeks Group
6749 E. 12th Street
Tulsa, OK 74112


MetroPlex Welding
3416 South I-35 West
Alvarado, TX 76009


Midwest Hose & Speciality, Inc.
PO Box 96558
Oklahoma City, OK 73143-6558


Mike Thibodeaux's Metal Struct
163 Jessie Richard Road
Sunset, LA 70584

Milbar Hydro-Test Inc.
PO Box 7701
Shreveport, LA 71137-7701


Miriam K. Johnson Tax Assessor-Collector
PO Box 2112
Beaumont, TX 77704-2112


MKY Enterprise
8538 Greenbriar
Port Arthur, TX 77642


Mobile Mini, Inc.
PO Box 740773
Cincinnati, OH 45274-0773


Modica Brothers
3615 Washington Blvd.
Beaumont, TX 77705


Mr. Dirt of Texas
3324 Roy Orr Blvd
Grand Prairie, TX 75050


Multi-Landscape Services
1875 Forsythe Street
Beaumont, TX 77701


Munro's Uniform Services
PO Box 3151
Beaumont, TX 77704

Mustang Rental
PO Box 4346
Dept. 188
Houston, TX 77210


Myoco Pipeline Supply & Service
PO Box 35137
Houston, TX 77235


National Trench Safety
PO Box 4228
Dept. 2580
Houston, TX 77210-4228


Nationwide Retirement
Department 3248
Columbus, OH 43271-3248


Neff Rental
PO Box 405138
Atlanta, GA 30384


Nelson Equipment Ltd.
9400 N. Hwy 146
Baytown, TX 77523


NES Rentals - Philadelphia
PO Box 8500-1226
Philadelphia, PA 19178-1226


New Wave Welding Technology
7102 Patillo Road
Beaumont, TX 77705

Northern Safety Co., Inc.
PO Box 4250
Utica, NY 13504-4250


Nova Healthcare Centers
110 Cypress Station, Suite 280
Houston, TX 77090


Nuco Directional Drilling, LLC
205 Airline Road
Calhoun, LA 71225


O'Reilly Auto Parts
PO Box 790098
St Louis, MO 63179-0098


Occupational Medical Care
3692 E Sam Houston Pkwy
Suite 100
Pasadena, TX 77505


Office Depot
PO Box 689020
Des Moines, IA 50368-9020


Oil Patch Brazos Valley Inc.
PO Box 847
Angleton, TX 77516


Oilfield Welding & Fabrication
PO Box Drawer E
Hull, TX 77564

OQSG/Industrial Sol. Group
PO Box 52930
Lafayette, LA 70505-2930


Orgain, Bell & Tucker LLP
PO Box 1751
Beaumont, TX 77704-1751


Ozarka (Houston & Ft. Worth)
PO Box 856680
Louisville, KY 40285-6680


Parkerson Tire & Casing Supply
PO Box 961102
Fort Worth, TX 76161-1102


Partek Laboratories
225 S Hollywood Road
Houma, LA 70360


Pipeline Construction & Maint.
PO Box 4034
Houma, LA 70361


Pipeline Machinery Int'l LP
13333 Northwest, Suite 500
Houston, TX 77040


Pipeline Services Int'l., LLC
3430 S. Sam Houston Parkway E
Suite 100
Houston, TX 77047

Pipeline Specialties & Supply
PO Box 2707
Cleburne, TX 76033


Pipeline Supply & Service, Inc.
PO Box 301130
Houston, TX 77230-1130


Pipeliners Warehouse Inc.
5610 Harvey Wilson Drive
Houston, TX 77020


Pitney Bowes Global Financial
PO Box 856460
Louisville, KY 40285-6460


PNC Equipment
995 Dalton Avenue
Cincinnati, OH 45203


Point to Point Drilling, Inc.
PO Box 785
Welsh, LA 70591


Porta-Lathe
PO Box 301130
Houston, TX 77230-1130


PowerPlan/Rush Equipment
21310 Network Place
Chicago, IL 60673-1213

Praxair Dist. (Oklahoma)
PO Box 120812
Dept 0812
Dallas, TX 75312-0812


Praxir Dist. (Florida)
Dept AT 40473
Atlanta, GA 31192-0473


Price Supply, Inc.
109 Cason Road
Broussard, LA 70518


Pro Field Services Inc.
PO Box 525
Hallettsville, TX 77964


Pro Rental
PO Box 5308
Port Arthur, TX 77640


Professional Serv. Industries
16707 Collections Center Drive
Chicago, IL 60693


PSC Industrial Outsourcing, LP
PO Box 3070
Houston, TX 77253


Quality Mat Company
6550 Tram Road
Beaumont, TX 77713

R Construction
P.O. Box 2077
Center, TX 75935


R.E. Bentz
PO Box 4726
Monroe, LA 71211


Rain for Rent
File 52541
Los Angeles, CA 90074-2541


Ralph's Industrial Electronics
PO Drawer R
Lafayette, LA 70502


Ram Tool
PO Box 320979
Birmingham, AL 35232


Ranger Field Services
200 Ida Road
Broussard, LA 70518


Ranger Roofing & Construction
14026 FM 2100, Suite A
Crosby, TX 77532


Rawson, LP
PO Box 924288
Houston, TX 77292-4288

RDO Equipment
5301 Mark IV Parkway
Fort Worth, TX 76131


Red Ball Oxygen Company
PO Box 7316
Shreveport, LA 71137-7316


Reddy Inc, Inc.
8750 N Central Expressway
Suite 1800
Dallas, TX 75231


Redfish Rental, Inc.
1750 S. Hwy 87
Orange, TX 77630


Reynolds Construction
660 FM 2457
Livingston, TX 77351


Richards Supply Company
PO Box 1878
2200 Franklin Avenue
Waco, TX 76703


Richardson Trucking
504 Soda Loop
Livingston, TX 77351-0423


Ricoh Americas Corporation
PO Box 6434
Carol Stream, IL 60197-6434

Ring Power Corporation
PO Box 935004
Atlanta, GA 31193


Ritter Forest Products
PO Box 1265
Nederland, TX 77627


Ritter Lumber
PO Box 1265
Nederland, TX 77627


Riviera Finance
PO Box 202487
Dallas, TX 75320-2487


Robert S. Lott
PO Box 507
Hamshire, TX 77622


RSC Equipment
3200 Harbor Lane North
Suite 100
Minneapolis, MN 55447


Rust-Ewing Insurance Co.
7900 Lowry Expressway
Texas City, TX 77591


S & S Investigations
PO Box 767
La Porte, TX 77572-0767

Safety & Training Solutions
202 Straton Lane
Beaumont, TX 77707


Safety Advantage
15201 East Freeway
Suite 102
Channelview, TX 77530


Sage Rentals
2113 S Burleson Blvd
Burleson, TX 76028-6132


Satellite Shelters, Inc.
2530 Xenium Lane North
Minneapolis, MN 55441-3695


Schmidt Saw & Knife
2510 South 4th St
Beaumont, TX 77701


Scooters
4665 Washington Blvd
Beaumont, TX 77707


Scott Equipment Co.
P.O. Box 1808
Baytown, TX 77522


Scott Equipment Company, LLC
PO Box 1808
Baytown, TX 77522

Scott Financial Services
PO Box 2000
Johnston, IA 50131


Scott-Macon Equipment
800 3rd Avenue
New York, NY 10022


SEC Energy Products & Services
PO Box 203675
Houston, TX 77216


Seever Equipment, Co.
1901 CR. 801B
Cleburne, TX 76031


Service Pump & Compressor
PO Box 650280
Dallas, TX 75265-0280


Shamrock Equipment Rental
PO Box 367
Devers, TX 77538


Shamrock Vaccum Service, Inc.
PO Box 476
Daisetta, TX 77533


Sheffield Rentals
1255 Hwy 61 South
Vicksburg, MS 39180

Short Hose & Pipe Co.
701 Riverside Dr.
Fort Worth, TX 76111


Sieben Equipment Service
10543 Bevil Blvd
Kountze, TX 77625


Singer Heavy Equipment
5331 Summer Snow
Houston, TX 77041


Sitton Enterprises, LLC
PO Box 1505
Mineral Wells, TX 76068


Smart's Truck/Trailer Equipment Inc.
4730 Washington Blvd
Beaumont, TX 77707


Snyder Septic & Excavation
11914 Sunnyside Drive
Baytown, TX 77520


Southeast Texas Industrial Service
PO Box 1284
3127 Texas Avenue
Bridge City, TX 77611


Southeast Texas Water
PO Box 7068
Beaumont, TX 77726

Southern Crushed Concrete
P.O. Box 203478
Houston, TX 77216


Southern Star Concrete - Houston
8500 Freeport Pky, Suite 200
Irving, TX 75063


Southern Steel & Supply
PO Box 62600 - Dept 1349
New Orleans, LA 70162-2600


Southern Tire Mart
PO Box 1000
Dept 143
Memphis, TN 38148-0143


Southland Safety
P.O. Box 1435
Henderson, TX 75653


Speciality Sand Co.
1776 Yorktown Street
Suite 850
Houston, TX 77056


Speed Industrial Supply
1118 FM 518
Kemah, TX 77565


Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Sprint Safety
PO Box 4346, Dept 572
Houston, TX 77210-4346

Sprint Waste Services
PO Box 4890, Dept #101
Houston, TX 77210

Stallion Construction
PO Box 1486
Houston, TX 77251-1486

Stan's Airboat Service
5909 Hwy 14E
Iowa, LA 70647

Star Concrete Pumping Co.
PO Box 4283
Houston, TX 77210

Star Tractor
PO Box 163705
Fort Worth, TX 76161-3705

State Comptroller
PO Box 149348
Austin, TX 78714

Statewide Materials Transport
PO Box 1080
Manor, TX 78653

Steel Painters, Inc.
PO Box 22738
Beaumont, TX 77720


Strouhal Tire
PO Box 7
Hungerford, TX 77448-0007


Summit Electric Supply
PO Box 20064
Beaumont, TX 77720


Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223


Suncoast
PO Box 202603
Dallas, TX 75320


Sunstate Equipment, Co.
1110 Jackson Road West
Carrollton, TX 75006-1316


Superior Mats
12647 US Hwy 90 W
Beaumont, TX 77713


Talen Marine & Fuel
PO Box 676871
Dallas, TX 75267-6871

Taylor Rental Center
1560 Hwy 1 S. MLK Blvd
Greenville, MS 38701


Tejas
5025 College Street
Beaumont, TX 77707


Terry's Tires and Wheels, Inc.
1554 E. Henderson Street
Cleburne, TX 76033


Texas First Bank
210 Hwy 124
Winnie, TX 77665


Texas Motor Trans Consultants
12200 NW Frwy, Suite 650
Houston, TX 77092


Texas Salt Grass
PO Box 1842
Winnie, TX 77665


Third Coast Fabrication Supply
PO Box 451128
Houston, TX 77245-1128


Thomson Reuters
36337 Treasury Center
Chicago, IL 60694-6300

Tidal Power Services LLC
4202 Chance Lane
Rosharon, TX 77583


Tidal Tank, LP Dept. 618
PO Box 4346
Houston, TX 77210-4346


Tiger Industrial
PO Box 790
Beaumont, TX 77704-0790


TMR Services
PO Box 355
Rankin, TX 79778


Tool Mart
2412 Texas Street
Houston, TX 77003


Toshiba America Info System Inc.
PO Box 740441
Atlanta, GA 30374-0441


Toshiba Financial Services
PO Box 790448
St Louis, MO 63179-0448


Total Safety
PO Box 974686
Dallas, TX 75397-4686

Town & Country Storage
13159 FM 365 Road
Beaumont, TX 77705


Townsend Chemical
748 FM 1406
Winnie, TX 77665


Tractor Supply
PO Box 689020
Des Moines, IA 50368


Tri Corp Security
PO Box 32316
Oklahoma City, OK 73123


Tri-City Fastener & Supply
3469 Hwy 69
Nederland, TX 77627


Triangle Blueprint Co., Inc.
1123 Calder
Beaumont, TX 77701


Triangle Waste Solutions
PO Box 4253-P
Houston, TX 77210-4253


Trinity Financial
275 Sansome Street
19th Floor
San Francisco, CA 94111

Triple M Saltwater Disposal
PO Box 759
Kilgore, TX 75663


TriStar Welding Supply
12771 Market Street
Houston, TX 77015


U-Krane, Inc.
Dept. 6003
P.O. Box 4283
Houston, TX 77210


U.S. Galvanizing, L.P.
PO Box 1506
Hurst, TX 76053


United Communications, Inc.
5615 College Street
Beaumont, TX 77707


United Corporate Services, Inc.
Ten Bank Street, Suite 56
White Plains, NY 10606


United Equip Rentals Gulf, LP
File 51122
Los Angeles, CA 90074-1122


Unum Life Insurance
P.O. Box 409548
Atlanta, GA 30384

```
UPS (Auto Debit)
Lockbox 557
Carol Stream, IL 60132-0577



US Mat
10809 Sheldon Road
Houston, TX 77044



Velez Construction Services
PO Box 24764
Houston, TX 77229



Veriforce
1776 Woodstead Court
Suite 119
The Woodlands, TX 77380



Verizon
PO Box 660108
Dallas, TX 75266-0108



Verizon
P.O. Box 105378
Atlanta, GA 30348



Vulcan Construction (Texas)
PO Box 849131
Dallas, TX 75284-9131



Walgreens
P.O. Box 90484
Chicago, IL 60696
```

Waste Management
LDB PO Box 352
Milford, CT 06460


Wastewater Specialties, Inc.
2205 Industrial Drive
Sulphur, LA 70665


WebTech Wireless
4299 Canada Way, Suite 215
Burnaby, BC  V5G 1H3


Welders Industrial Supply, LLC
8131 Red Bluff
Pasadena, TX 77507


Wells Fargo
1350 Energy Lane, Suite 200
Saint Paul, MN 55108


Wesco Distribution Inc.
PO Box 676280
Dallas, TX 75267


West Coastal Field Services
PO Box 203620
Houston, TX 77216


White Cap Construction Supply
160 Hansen Court, Suite 105
Dept. 774341
Wood Dale, IL 60191

Wholesale Electric (Beaumont)
4790 W. Cardinal Drive
Beaumont, TX 77705


Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693-1975


Wilson Supply
PO Box 200822
Dallas, TX 75320-0822


Wingfoot Commercial Tire
1255 W. Cardinal Drive
Beaumont, TX 77725


Worldwide Machinery
PO Box 4703
Dallas, TX 75395-4703


Wowco Rental Co.
5430 Hwy 146
Baytown, TX 77520


Xerox Capital
PO Box 7405
Pasadena, CA 91109-7405