IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LOTT SURPLUS MATERIALS, INC. | § | CASE NO. 10-39477-H4-11 |
| P.O. Box 507 | § | |
| Hamshire, TX 77622 | § | |
| Tax ID Number: 76-0472685 | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**MOTION FOR EXPEDITED CONSIDERATION OF
EMERGENCY MOTION FOR INTERIM AND FINAL USE OF CASH COLLATERAL
BY LOTT SURPLUS MATERIALS, INC.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

COMES NOW, Lott Surplus Materials, Inc. ("Lott" or "Debtor") in the above-captioned bankruptcy case, and files this its Motion for Expedited Consideration of Emergency Motion for Interim and Final Use of Cash Collateral By Lott Surplus Materials, Inc.("Motion to Expedite"), and would show the Court the following:

1. Concomitantly herewith, the Debtor filed its Emergency Motion for Interim and Final Use of Cash Collateral By Lott Surplus Materials, Inc. ("Emergency Motion").

2. In the In the Emergency Motion the Debtor is seeking to use the cash collateral of Texas First Bank, the Debtor's primary secured creditor with a lien on virtually all of the Debtor's assets, on an interim basis until a hearing on the Debtor's final use of cash collateral can be held.

3. The Debtor needs to use the cash collateral of Texas First Bank to pay its employees, to buy materials, to pay operating expenses of its business, to pay for premiums on insurance and to pay other expenses critical to its operations. If authority to use cash collateral is not considered on an expedited basis, the Debtor will not be able to operate, will default on its contractual obligations

to customers thereby jeopardibilty of monies due and owing from those customers and (in some cases) triggering liquidated damages clauses, will lose employees who are dependent on their weekly paycheck to pay their personal bills and will be irreparably harmed.

4.   The Debtor has conferred with Texas First Bank and anticipates presenting the Court with an agreed order allowing the use of cash collateral for 15 days.  Accordingly, the Debtor does not believe that the hearing will require substantial Court time.

5.   Cause exists to expedite the consideration of the Emergency Motion because the Debtor, its employees, Texas First Bank and other creditors will be irreparably harmed if the Debtor is not permitted to use cash collateral before the payroll needs to be funded on Thursday, October 28, 2010.

6.   The affidavit of counsel in support of this Motion to Expedite is attached hereto.

WHEREFORE the Trustee respectfully prays that the Court grant this Motion To Expedite and consider the Emergency Motion on an expedited basis and for such other relief as is proper and just.

Respectfully submitted,

By: /s/ Ronald J. Sommers
Ronald J. Sommers
Attorney in Charge
State Bar No. 18842500
rsommers@nathansommers.com
Susan J. Brandt
Texas Bar No. 02883200
sbrandt@nathansommers.com
Gretchen Gauer McCord
Texas Bar No. 00798203
gmccord@nathansommers.com
2800 Post Oak Blvd.,61st Floor

        Houston, Texas 77056
        (713) 960-0303–Phone
        (713) 892-4800–Facsimile
**PROPOSED ATTORNEYS FOR DEBTOR**

OF COUNSEL:
NATHAN SOMMERS JACOBS,
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056
(713) 960-0303–Phone
(713) 892-4800–Facsimile

## CERTIFICATE OF SERVICE

 This is to certify that a true and correct copy of the foregoing Motion for Expedited Consideration of Emergency Motion for Interim and Final Use of Cash Collateral By Lott Surplus Materials, Inc. has been served on the parties listed on the attached service list, by electronic submission or U.S. mail, first class, postage prepaid, on the 22nd day of October 2010.

            */s/ Susan J. Brandt*
            SUSAN J. BRANDT
            2800 Post Oak Blvd., 61st Floor
            Houston, Texas 77056
            (713) 960-0303 – Phone
            (713) 892-4800 – Fax

# SERVICE LIST

**Debtor:**
Lott Surplus Material
P.O. Box 507
Hamshire, TX 77622

**Debtor's Attorney:**
Ronald J. Sommers
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

**U.S. Trustee:**
U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

**Secured Creditors:**

| | | |
|---|---|---|
| Agricredit Acceptance<br>Scott Financial Services<br>PO Box 2000<br>Johnston, IA 50131 | CNH Capital<br>PO Box 894703<br>Los Angeles, CA 90189 | Enterprise Leasing<br>PO Box 800089<br>Kansas City, MO 64180 |
| John Deere Credit<br>PO Box 650215<br>Dallas, TX 75265 | PNC Equipment<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | Scott Financial Services<br>PO Box 2000<br>Johnston, IA 50131 |
| Texas First Bank<br>210 Hwy 124<br>Winnie, TX 77665 | Trinity Financial<br>275 Sansome Street, 19th Floor<br>San Francisco, CA 94111 | Wells Fargo<br>1350 Energy Lane, Suite 200<br>Saint Paul, MN 55108 |
| Agricredit Acceptance<br>DeLage Landen<br>PO Box 2000<br>Johnson, IA 50131 | | |

**Unsecured Priority Creditors:**

| | | |
|---|---|---|
| Miriam K. Johnson<br>PO Box 2112<br>Beaumont, TX 77704-2112 | State Comptroller<br>PO Box 149348<br>Austin, TX 78714 | Unum Life Insurance<br>PO Box 409548<br>Atlanta, GA 30384 |
| Aetna<br>7400 W. Campus Road<br>New Albany, OH 43054 | | |

**Twenty Largest Unsecured Creditors:**

| | | |
|---|---|---|
| Janco Drilling Co., Inc.<br>19319 Hwy 101<br>Iowa, LA 70647 | Chevron Pipe Line Company<br>4800 Fournace Place<br>Bellaire, TX 77401 | KDR Supply, Inc.<br>PO Box 10130<br>Liberty, TX 77575-7630 |
| Nuco Directional Drilling, LLC<br>205 Airline Road<br>Calhoun, LA 71225 | Enterprise Leasing<br>10401 Centrepark Dr.<br>Houston, TX 77043 | Cisco Food Equipment<br>520 SE Loop 338<br>Odessa, TX 79762-9705 |
| Point to Point Drilling, Inc.<br>PO Box 785<br>Welsh, LA 70591 | Ritter Forest Products<br>PO Box 1265<br>Nederland, TX 77627 | SEC Energy Products &<br>Services<br>PO Box 203675<br>Houston, TX 77216 |
| Gulfco Industrial Equipment<br>PO Box 20295<br>Beaumont, TX 77720 | Nelson Equipment Ltd.<br>9400 N. Hwy 146<br>Baytown, TX 77523 | PowerPlan/Rush Equipment<br>21310 Network Place<br>Chicago, IL 60673-1213 |
| Summit Electric Supply<br>PO Box 20064<br>Beaumont, TX 77720 | Wesco Distribution Inc.<br>PO Box 676280<br>Dallas, TX 75267 | United Equip Rentals Gulf, LP<br>File 51122<br>Los Angeles, CA 90074-1122 |
| Inland Industrial Service<br>PO Box 843888<br>Dallas, TX 75284-3888 | Wholesale Electric (Beaumont)<br>4790 W. Cardinal Drive<br>Beaumont, TX 77705 | Dakota Utility Service<br>PO Box 657<br>Ennis, TX 75120 |
| Milbar Hydro-Test Inc.<br>PO Box 7701<br>Shreveport, LA 71137-7701 | A.N. Associates, Inc.<br>311 N Center Avenue<br>Brownwood, TX 76801 | |

**Unsecured Creditors**:

| | | |
|---|---|---|
| 2-C Equipment<br>PO Box 276<br>Jarrell, TX 76537 | A & A Equipment<br>780 Chamberlin<br>Beaumont, TX 77707 | A-SAF-T-Box, LP<br>PMB 620<br>Spring Branch, TX 78070 |
| A.G.P. Security, Inc.<br>PO Box 5<br>Joshua, TX 76058 | AA Concrete<br>5758 Mountain Stream Trial<br>Keller, TX 76248 | Acadiana Shell & Limestone<br>PO Box 280<br>Abbeville, LA 70511-0280 |
| Acorn Steel Sales<br>1540 Main Lane<br>Beaumont, TX 77713 | ADT Security Services<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 | Air Products<br>1520 South Street<br>Beaumont, TX 77701 |
| Airgas Mid South<br>PO Box 676015<br>Dallas, TX 75267-6015 | Airgas South<br>2945 Ellisville Blvd<br>Laurel, MS 39440 | Airgas Southwest<br>PO Box 676031<br>Dallas, TX 75267-6031 |
| Airtool Equipment Rental<br>PO Box 266597<br>Houston, TX 77207-6597 | All-Tex Pipe & Supply<br>PO Box 911854<br>Dallas, TX 75391-1854 | Allen's Enterprises<br>380 Beach Street<br>Vidor, TX 77662 |

| | | |
|---|---|---|
| Allied Elect. Syst. & Solution<br>1427 Lindbergh<br>Beaumont, TX 77707 | American Crane & Rigging, Inc.<br>PO Box 22641<br>Beaumont, TX 77720 | Amerisure Insurance<br>Dept. #78226<br>PO Box 78000<br>Detroit, MI 48278-0226 |
| Apache Asphalt, Inc.<br>PO Box 265<br>Midway, FL 32343 | Apollo Office Systems<br>407 South Second Street<br>Alvin, TX 77511 | Applied Standards Inspection<br>4781 Hwy 69 South<br>Beaumont, TX 77705 |
| Aqua-Tex<br>2211 Louetta<br>Spring, TX 77388-4706 | AT & T Houston<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | AT & T Mobile<br>PO Box 6463<br>Carol Stream, IL 60197-6463 |
| AT&T-TI<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001 | ATSCO<br>PO Box 787<br>Nederland, TX 77627 | Audilet Tractor Sales, Inc.<br>5610 Washington Blvd<br>Beaumont, TX 77707 |
| Aztec Bolting<br>520 Dallas Street<br>League City, TX 77573 | B.B. Rentals<br>PO Box 85<br>Stowell, TX 77661 | Baker Corp.<br>PO Box 513967<br>Los Angeles, CA 90051-3967 |
| Bane Machinery<br>505 Rankin Road<br>Houston, TX 77073 | Barnett Fence Company<br>1701 Port Neches Avenue<br>Port Neches, TX 77651 | Barrier Equipment<br>600 Long Drive<br>Houston, TX 77087 |
| Basil Oil Field Services<br>PO Box 93<br>Saratoga, TX 77585 | Baytown Bolt<br>PO Box 2305<br>Baytown, TX 77522 | Baytown Valve & Fitting Co.<br>PO Box 4346<br>Houston, TX 77210-4346 |
| Beaumont Tractor Co.<br>4430 College<br>Beaumont, TX 77707 | Becker Printing Company<br>850 Fannin<br>Beaumont, TX 77701-2809 | BJ Portacan<br>PO Box 1023<br>Highlands, TX 77562-1023 |
| Bolt-It Hydraulic Solutions<br>302 West A Street<br>Jenks, OK 74037 | Bolttech - Mannings, Inc.<br>PO Box 347101<br>Pittsburgh, PA 15251-4101 | Boots Smith Oilfield Services<br>2501 Airport Drive<br>Laurel, MS 39440 |
| Boumans Equipment & Trailer<br>PO Box 21356<br>4605 Fannet Rd. # 1<br>Beaumont, TX 77720 | Bridgeport Tank & Truck, LLC<br>PO Box 6<br>Bridgeport, TX 76426 | Briggs Equipment<br>10540 N Stemmons Fwy<br>Dallas, TX 75220 |
| C & L Vaccum Service<br>PO Box 400<br>Daisetta, TX 77533-0400 | C&M Trucking<br>13252 Fig Plant Road<br>Hamshire, TX 77622 | Cain's Pipeline & Industrial<br>PO Box 297<br>Addis, LA 70710 |
| Campbell Concrete & Materials<br>105 E. Boothe Street<br>Cleveland, TX 77327 | Can-Doo DFW<br>301 Goliad Drive<br>Abilene, TX 79601 | CAR-BER<br>315 South Loop 201<br>Hwy 146<br>Baytown, TX 77520 |
| Carboline Co<br>2150 Schuetz Road<br>Saint Louis, MO 63146 | Cavett, Turner & Wyble, LLP<br>PO Box 2032<br>Beaumont, TX 77704 | CDW Direct, LLC<br>PO Box 75723<br>Chicago, IL 60675-5723 |

| | | |
|---|---|---|
| Centerpoint Energy<br>4500 S. Shaver, Building D<br>Suite 245G<br>Houston, TX 77034 | Centerpoint Energy<br>Attn: Jose Garza<br>PO Box 61860<br>Houston, TX 77208-1860 | Centex Pipe & Equipment<br>PO Box 1145<br>Luling, TX 78648 |
| Century Ready Mix<br>PO Box 4420<br>Monroe, LA 71211 | Cetco dba Nitrogen Specialty<br>PO Box 202172<br>Dallas, TX 75320-2172 | Charles M. McDonald<br>708 Julia Street, Suite 113<br>Rayville, LA 71269-2638 |
| Classic Glass<br>520 Bass Road<br>Beaumont, TX 77705 | CMM Construction Co., Inc.<br>PO Box 12479<br>Beaumont, TX 77726 | Coastal Welding Supply<br>PO Box 3029<br>Beaumont, TX 77704 |
| Comm-Spec, Inc.<br>PO Box 1308<br>Friendswood, TX 77549 | Complete Pipeline Service and Supply<br>PO Box 70517<br>Tuscaloosa, AL 35407-0517 | Contractors Building Supply Co.<br>408 W. Marshall<br>Longview, TX 75601 |
| Cooper Fire Extinguisher<br>PO Box 785<br>Burleson, TX 76097 | Courtney Construction, Inc.<br>2617 US Hwy 79 N<br>Carthage, TX 75653 | Cowboy Valve & Fitting, Inc.<br>PO Box 21140<br>Beaumont, TX 77720 |
| Crabtree Barricade System, Inc.<br>PO Box 20195<br>Beaumont, TX 77720 | Crain Bros. Inc.<br>PO Box 8884<br>Lake Charles, LA 70606 | Crane Equipment & Service, Inc.<br>140 John James Audubon Pkwy<br>Amherst, NY 14228-1197 |
| Creighton, Fox, Johnson & Mills<br>PO Box 5607<br>Beaumont, TX 77726-5607 | Crystal Clean<br>13621 Collection Center Drive<br>Chicago, IL 60693-0136 | Curtis & Son Vacuum Service Inc.<br>PO Box 767<br>Liberty, TX 77575 |
| D & R Supply<br>1021 W. Laurel Avenue<br>Eunice, LA 70535 | Darby Equipment Company<br>2940 North Toledo Ave.<br>Tulsa, OK 74115 | Dayton Lease Service<br>PO Box 72<br>Dayton, TX 77535 |
| Deep South Crane - TX<br>200 Holmes Road<br>Houston, TX 77045 | Delta Directional<br>PO Box 219<br>Newton, MS 39345 | Delta Disposals<br>632 Meadowlark<br>Monroe, LA 71203 |
| Delta Fuel<br>PO Box 1810<br>Ferriday, LA 71334 | Distribution International<br>POBox 840610<br>Dallas, TX 75284-0610 | Dorsett Bros. Concrete Supplies<br>PO Box 5766<br>Pasadena, TX 77508-5766 |
| Drago Supply<br>PO Box 849737<br>Dallas, TX 75284 | Dual Service Welding & Supply<br>3144 Texas Avenue<br>Bridge City, TX 77611 | Dynamic Oilfield Products, LLC<br>103 Lafferty Drive<br>Broussard, LA 70518 |
| Eagle NDT, LLC<br>PO Box 3499<br>Abilene, TX 79604 | Eastex Rentals<br>PO Box 1591<br>Silsbee, TX 77656 | Edward Hatcher-Bayou Airboat<br>8091 Wheat Lane<br>Beaumont, TX 77705 |
| EL Irrigation & Landscaping<br>1875 Forsythe<br>Beaumont, TX 77701 | Elkins Tractor Service<br>13480 Craigen Road<br>Beaumont, TX 77705 | |

| | | |
|---|---|---|
| Elliott Electric Supply<br>PO Box 630610<br>Nacogdoches, TX 75963 | Emerson Network Power<br>P.O. Box 70474<br>Chicago, IL 60673 | Enterprise Rent A Car<br>10401 Centrepark Drive, Suite 100<br>Houston, TX 77043 |
| Enviro Solutions<br>2300 Hwy 365, Suite 400<br>Nederland, TX 77627 | Enviro Waste Solutions LLC<br>2300 Hwy 365, Suite 400<br>Nederland, TX 77627 | Ernie's Hardware & General Mercant<br>PO Box 969<br>Sour Lake, TX 77659 |
| ES&H Consulting Service<br>007 Ranch Road<br>620 South #202<br>Austin, TX 78734 | Eubanks and Company<br>PO Box 361<br>Mont Belvieu, TX 77580 | Eubanks FRC and Ind. Supply<br>1430 Woodworth<br>Memorial Blvd.)<br>Port Arthur, TX 77640 |
| Everitt Industrial Supply<br>PO Box 1152<br>Channelview, TX 77530 | EvRidge Tractor, Inc.<br>PO Box 2028<br>Mansfield, TX 76063 | Expro Americas LLC<br>PO Box 122080<br>Dept. 2080<br>Dallas, TX 75312 |
| F & L Concrete Services, Inc.<br>PO Box 636<br>League City, TX 77574 | F & S Equipment & Supplies<br>3221 2nd Avenue South<br>Birmingham, AL 35222 | Far West Capital<br>FBO Hill's Utility Serv.<br>PO Box 3427<br>Cedar Park, TX 78630 |
| Far West Capital<br>c/o T.F. Relocators<br>PO Box 30317<br>Austin, TX 78755 | Farm & Home Supply<br>PO Box A<br>Winnie, TX 77665 | Fastenal Industrial<br>PO Box 1286<br>Winona, MN 55987-1286 |
| Flowserve US Inc.<br>PO Box 91329<br>Chicago, IL 60693 | Formworks Services and Supply<br>14906 Chrisman Road<br>Houston, TX 77039 | FW Freight Service, Inc.<br>PO Box 457<br>Burleson, TX 76028 |
| G and S Tire & Automotive<br>PO Box 1106<br>Greenville, AL 36037 | G-Blast Service & Supply<br>1180 Laurel Street<br>Beaumont, TX 77704 | Gajeske, Inc.<br>2929 Antoine Drive<br>Houston, TX 77092 |
| Gary Whitman Construction<br>PO Box 20<br>Sour Lake, TX 77659 | GCR Tire Centers (Beaumont)<br>5555 College<br>Beaumont, TX 77707 | GCR Tire Centers (Monroe)<br>7410 Frontage Road<br>Monroe, LA 71202 |
| Gearench<br>PO Box 192<br>4450 S. Hwy 6<br>Clifton, TX 76634 | Gems Construction<br>729 Sharon Lane<br>Baytown, TX 77521 | Georgetown Transportation Int<br>PO Box 1106<br>Georgetown, TX 78627 |
| Global Safety & Security, Inc.<br>4713 Trenton Street<br>Metairie, LA 70006 | Global Sales Agency, LLC<br>1909 Marvin Circle<br>Seabrook, TX 77586 | Global X-Ray & Testing<br>PO Box 1536<br>Morgan City, LA 70381 |
| Golden Triangle Industries<br>19262 Hwy 62 S<br>Orange, TX 77630 | Granger Dept<br>Dept #8634259922<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Greene's Energy Group, LLC<br>PO Box 676263<br>Dallas, TX 75267-6263 |

Greenville Gravel Company
PO Box 220
200 Belle Aire Street
Greenville, MS 38701

Gulf Coast Pipeline Services
PO Box 590002
Houston, TX 77259

Gulfway Lumber
PO Box 1806
Winnie, TX 77665

H & E Equipment Sales
PO Box 849850
Dallas, TX 75284-9850

H.W. Butler & Associates, Inc.
PO Box 101
Sour Lake, TX 77659

Hamshire Water
PO Box 417
Hamshire, TX 77622

Harris Tire
12988 Market Street
Houston, TX 77015

Hartmann Building Specialities
PO Box 20456
Beaumont, TX 77720

HD Electrical Supply
PO Box 951934
Dallas, TX 75395-1934

Hertz Equip./Service Pump & Co
PO Box 650280
Dallas, TX 75265-0280

Hightech Signs
3930 Phelan Blvd
Beaumont, TX 77707

Hinds Quality Fences, Inc.
P.O. Box 335
Groves, TX 77619

Holley, Inc.
PO Box 2255
705 Mabry Street
Tallahassee, FL 32304

Holt Cat
PO Box 911975
Dallas, TX 75391-1975

Home Depot
Dept 32-2541718007
PO Box 6031
The Lakes, NV 88901-6031

Hoover Oilfield Supply
PO Box 90984
Houston, TX 77273

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197

Hunter Heavy Equipment
PO Box 2429
Texas City, TX 77590

Hurt Co. Drawer Wachovia Bank
7107 Envoy Ct
Dallas, TX 75247

I 35 San Pit
PO Box 611
Alvarado, TX 76009

Industrial Safety Training Cou
324 Hwy 69
Nederland, TX 77627

Industrial Solutions Group
600 Jefferson Street, Suite 1403
Lafayette, LA 70501

Insurance Information Exchange
PO Box 27828
New York, NY 10087

International Galvanizing
PO Box 843771
Dallas, TX 75284-3771

IPC, Inc.
300 Villanova Drive SW
Atlanta, GA 30336-2526

IWS Gas & Supply
4117 Fair Drive
Pasadena, TX 77507

J & B Pipeline Supply Co.
2921 N. Alexander Dr.
PO Box 1814
Baytown, TX 77522-1814

J & J Stump Service
1100 Texas Street
Orange, TX 77630

J & M Bagging & Sales
PO Box 1310
Starkville, MS 39760

J. H. Dowling, Inc.
PO Box 308
705 West Madison Street
Tallahassee, FL 32302

J.J. Keller
PO Box 548
Neenah, WI 54957-0548

Jeff's Truck & Equipment, Inc.
PO Box 9183
Liberty, TX 77575

Jentex Equipment
39271 I-10
Winnie, TX 77665

Jestex Corporated
PO Box 5187
Houston, TX 77262-5187

JK Chevrolet
1451 Hwy 69
Nederland, TX 77627

Johnnie on the Spot
PO Box 1583
Nederland, TX 77627

| | | |
|---|---|---|
| Johnnie on the Spot-LV<br>823 W. Marshall Avenue<br>Longview, TX 75601 | Kat Excavation & Construction<br>PO Box 383<br>Sour Lake, TX 77659 | Kee West Equipment<br>15009 I-10 East<br>Baytown, TX 77520-8744 |
| L & R RV Park<br>PO Box 1434<br>Mont Belvieu, TX 77580 | LA Pipeline Rental & Industrial<br>PO Box 1820<br>Sulphur, LA 70664-1820 | Liberty Fleet Services, LLC<br>PO Box 635<br>Cypress, TX 77410 |
| Liberty Ready Mix<br>PO Box 9117<br>Liberty, TX 77575 | Lone Star Rigging, LLP<br>4175 West Cardinal Drive<br>Beaumont, TX 77705 | Louisiana Machinery<br>PO Box 54942<br>New Orleans, LA 70154 |
| Lowes<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Lufkin Industries, Inc.<br>PO Box 849<br>711 Industrial Blvd<br>Lufkin, TX 75902 | M & B Tools and Equipment<br>PO Box 88<br>Pasadena, TX 77501-0088 |
| M & D Supply<br>4580 College Street<br>Beaumont, TX 77707 | M & M Rent-All<br>2902 Hwy 90<br>Liberty, TX 77575 | M. Weeks Welding Laboratory<br>4405 Hwy 347<br>Nederland, TX 77627 |
| Marco Inspection & Testing<br>PO Box 1941<br>Kilgore, TX 75663 | Market Basket Accounts Receivable<br>PO Box 1717<br>Nederland, TX 77627-1717 | Mason Dixon Lines<br>PO Box 712952<br>Cincinnati, OH 45271-2952 |
| Matheson Tri Gas<br>PO Box 845502<br>Dallas, TX 75284-5502 | McGown Oil Co<br>P.O. Box 388<br>Winnie, TX 77665 | McGraw-Hill Dodge<br>7625 Collections Center Drive<br>Chicago, IL 60693 |
| McJunkin RedMan Corp<br>12316 FM 3083<br>Conroe, TX 77301 | Meeks Group<br>6749 E. 12th Street<br>Tulsa, OK 74112 | MetroPlex Welding<br>3416 South I-35 West<br>Alvarado, TX 76009 |
| Midwest Hose & Speciality, Inc.<br>PO Box 96558<br>Oklahoma City, OK 73143-6558 | Mike Thibodeaux's Metal Struct<br>163 Jessie Richard Road<br>Sunset, LA 70584 | MKY Enterprise<br>8538 Greenbriar<br>Port Arthur, TX 77642 |
| Mobile Mini, Inc.<br>PO Box 740773<br>Cincinnati, OH 45274-0773 | Modica Brothers<br>3615 Washington Blvd.<br>Beaumont, TX 77705 | Mr. Dirt of Texas<br>3324 Roy Orr Blvd<br>Grand Prairie, TX 75050 |
| Multi-Landscape Services<br>1875 Forsythe Street<br>Beaumont, TX 77701 | Munro's Uniform Services<br>PO Box 3151<br>Beaumont, TX 77704 | Mustang Rental<br>PO Box 4346<br>Dept. 188<br>Houston, TX 77210 |
| Myoco Pipeline Supply & Service<br>PO Box 35137<br>Houston, TX 77235 | National Trench Safety<br>PO Box 4228<br>Dept. 2580<br>Houston, TX 77210-4228 | Nationwide Retirement<br>Department 3248<br>Columbus, OH 43271-3248 |

| | | |
|---|---|---|
| Neff Rental<br>PO Box 405138<br>Atlanta, GA 30384 | NES Rentals - Philadelphia<br>PO Box 8500-1226<br>Philadelphia, PA 19178-1226 | New Wave Welding Technology<br>7102 Patillo Road<br>Beaumont, TX 77705 |
| Northern Safety Co., Inc.<br>PO Box 4250<br>Utica, NY 13504-4250 | Nova Healthcare Centers<br>110 Cypress Station, Suite 280<br>Houston, TX 77090 | O'Reilly Auto Parts<br>PO Box 790098<br>St Louis, MO 63179-0098 |
| Occupational Medical Care<br>3692 E Sam Houston Pkwy<br>Suite 100<br>Pasadena, TX 77505 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Oil Patch Brazos Valley Inc.<br>PO Box 847<br>Angleton, TX 77516 |
| Oilfield Welding & Fabrication<br>PO Box Drawer E<br>Hull, TX 77564 | OQSG/Industrial Sol. Group<br>PO Box 52930<br>Lafayette, LA 70505-2930 | Orgain, Bell & Tucker LLP<br>PO Box 1751<br>Beaumont, TX 77704-1751 |
| Ozarka (Houston & Ft. Worth)<br>PO Box 856680<br>Louisville, KY 40285-6680 | Parkerson Tire & Casing Supply<br>PO Box 961102<br>Fort Worth, TX 76161-1102 | Partek Laboratories<br>225 S Hollywood Road<br>Houma, LA 70360 |
| Pipeline Construction & Maint.<br>PO Box 4034<br>Houma, LA 70361 | Pipeline Machinery Int'l LP<br>13333 Northwest, Suite 500<br>Houston, TX 77040 | Pipeline Services Int'l., LLC<br>3430 S. Sam Houston Parkway<br>E, Suite 100<br>Houston, TX 77047 |
| Pipeline Specialties & Supply<br>PO Box 2707<br>Cleburne, TX 76033 | Pipeline Supply & Service, Inc.<br>PO Box 301130<br>Houston, TX 77230-1130 | Pipeliners Warehouse Inc.<br>5610 Harvey Wilson Drive<br>Houston, TX 77020 |
| Pitney Bowes Global Financial<br>PO Box 856460<br>Louisville, KY 40285-6460 | Porta-Lathe<br>PO Box 301130<br>Houston, TX 77230-1130 | Praxair Dist. (Oklahoma)<br>PO Box 120812<br>Dept 0812<br>Dallas, TX 75312-0812 |
| Praxir Dist. (Florida)<br>Dept AT 40473<br>Atlanta, GA 31192-0473 | Price Supply, Inc.<br>109 Cason Road<br>Broussard, LA 70518 | Pro Field Services Inc.<br>PO Box 525<br>Hallettsville, TX 77964 |
| Pro Rental<br>PO Box 5308<br>Port Arthur, TX 77640 | Professional Serv. Industries<br>16707 Collections Center Drive<br>Chicago, IL 60693 | PSC Industrial Outsourcing, LP<br>PO Box 3070<br>Houston, TX 77253 |
| Quality Mat Company<br>6550 Tram Road<br>Beaumont, TX 77713 | R Construction<br>P.O. Box 2077<br>Center, TX 75935 | R.E. Bentz<br>PO Box 4726<br>Monroe, LA 71211 |
| Rain for Rent<br>File 52541<br>Los Angeles, CA 90074-2541 | Ralph's Industrial Electronics<br>PO Drawer R<br>Lafayette, LA 70502 | Ram Tool<br>PO Box 320979<br>Birmingham, AL 35232 |
| Ranger Field Services<br>200 Ida Road<br>Broussard, LA 70518 | Ranger Roofing & Construction<br>14026 FM 2100, Suite A<br>Crosby, TX 77532 | Rawson, LP<br>PO Box 924288<br>Houston, TX 77292-4288 |

RDO Equipment
5301 Mark IV Parkway
Fort Worth, TX 76131

Red Ball Oxygen Company
PO Box 7316
Shreveport, LA 71137-7316

Reddy Inc, Inc.
8750 N Central Expressway
Suite 1800
Dallas, TX 75231

Redfish Rental, Inc.
1750 S. Hwy 87
Orange, TX 77630

Reynolds Construction
660 FM 2457
Livingston, TX 77351

Richards Supply Company
PO Box 1878
2200 Franklin Avenue
Waco, TX 76703

Richardson Trucking
504 Soda Loop
Livingston, TX 77351-0423

Ricoh Americas Corporation
PO Box 6434
Carol Stream, IL 60197-6434

Ring Power Corporation
PO Box 935004
Atlanta, GA 31193

Ritter Lumber
PO Box 1265
Nederland, TX 77627

Riviera Finance
PO Box 202487
Dallas, TX 75320-2487

RSC Equipment
3200 Harbor Lane North, Suite 100
Minneapolis, MN 55447

Rust-Ewing Insurance Co.
7900 Lowry Expressway
Texas City, TX 77591

S & S Investigations
PO Box 767
La Porte, TX 77572-0767

Safety & Training Solutions
202 Straton Lane
Beaumont, TX 77707

Safety Advantage
15201 East Freeway, Suite 102
Channelview, TX 77530

Sage Rentals
2113 S Burleson Blvd
Burleson, TX 76028-6132

Satellite Shelters, Inc.
2530 Xenium Lane North
Minneapolis, MN 55441-3695

Schmidt Saw & Knife
2510 South 4th St
Beaumont, TX 77701

Scooters
4665 Washington Blvd
Beaumont, TX 77707

Scott Equipment Co.
P.O. Box 1808
Baytown, TX 77522

Scott Equipment Company, LLC
PO Box 1808
Baytown, TX 77522

Scott-Macon Equipment
800 3rd Avenue
New York, NY 10022

Seever Equipment, Co.
1901 CR. 801B
Cleburne, TX 76031

Service Pump & Compressor
PO Box 650280
Dallas, TX 75265-0280

Shamrock Equipment Rental
PO Box 367
Devers, TX 77538

Shamrock Vaccum Service, Inc.
PO Box 476
Daisetta, TX 77533

Sheffield Rentals
1255 Hwy 61 South
Vicksburg, MS 39180

Short Hose & Pipe Co.
701 Riverside Dr.
Fort Worth, TX 76111

Sieben Equipment Service
10543 Bevil Blvd
Kountze, TX 77625

Singer Heavy Equipment
5331 Summer Snow
Houston, TX 77041

Sitton Enterprises, LLC
PO Box 1505
Mineral Wells, TX 76068

Smart's Truck/Trailer Equipment Inc.
4730 Washington Blvd
Beaumont, TX 77707

Snyder Septic & Excavation
11914 Sunnyside Drive
Baytown, TX 77520

Southeast Texas Industrial Service
PO Box 1284
3127 Texas Avenue
Bridge City, TX 77611

Southeast Texas Water
PO Box 7068
Beaumont, TX 77726

Southern Crushed Concrete
P.O. Box 203478
Houston, TX 77216

Southern Star Concrete - Houston
8500 Freeport Pky, Suite 200
Irving, TX 75063

Southern Steel & Supply
PO Box 62600 - Dept 1349
New Orleans, LA 70162-2600

Southern Tire Mart
PO Box 1000
Dept 143
Memphis, TN 38148-0143

Southland Safety
P.O. Box 1435
Henderson, TX 75653

Speciality Sand Co.
1776 Yorktown Street, Suite 850
Houston, TX 77056

Speed Industrial Supply
1118 FM 518
Kemah, TX 77565

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Sprint Safety
PO Box 4346, Dept 572
Houston, TX 77210-4346

Sprint Waste Services
PO Box 4890, Dept #101
Houston, TX 77210

Stallion Construction
PO Box 1486
Houston, TX 77251-1486

Stan's Airboat Service
5909 Hwy 14E
Iowa, LA 70647

Star Concrete Pumping Co.
PO Box 4283
Houston, TX 77210

Star Tractor
PO Box 163705
Fort Worth, TX 76161-3705

Statewide Materials Transport
PO Box 1080
Manor, TX 78653

Steel Painters, Inc.
PO Box 22738
Beaumont, TX 77720

Strouhal Tire
PO Box 7
Hungerford, TX 77448-0007

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223

Suncoast
PO Box 202603
Dallas, TX 75320

Sunstate Equipment, Co.
1110 Jackson Road West
Carrollton, TX 75006-1316

Superior Mats
12647 US Hwy 90 W
Beaumont, TX 77713

Talen Marine & Fuel
PO Box 676871
Dallas, TX 75267-6871

Taylor Rental Center
1560 Hwy 1 S. MLK Blvd
Greenville, MS 38701

Tejas
5025 College Street
Beaumont, TX 77707

Terry's Tires and Wheels, Inc.
1554 E. Henderson Street
Cleburne, TX 76033

Texas Motor Trans Consultants
12200 NW Frwy, Suite 650
Houston, TX 77092

Texas Salt Grass
PO Box 1842
Winnie, TX 77665

Third Coast Fabrication Supply
PO Box 451128
Houston, TX 77245-1128

Thomson Reuters
36337 Treasury Center
Chicago, IL 60694-6300

Tidal Power Services LLC
4202 Chance Lane
Rosharon, TX 77583

Tidal Tank, LP Dept. 618
PO Box 4346
Houston, TX 77210-4346

Tiger Industrial
PO Box 790
Beaumont, TX 77704-0790

TMR Services
PO Box 355
Rankin, TX 79778

Tool Mart
2412 Texas Street
Houston, TX 77003

Toshiba America Info System Inc.
PO Box 740441
Atlanta, GA 30374-0441

Toshiba Financial Services
PO Box 790448
St Louis, MO 63179-0448

Total Safety
PO Box 974686
Dallas, TX 75397-4686

Town & Country Storage
13159 FM 365 Road
Beaumont, TX 77705

Townsend Chemical
748 FM 1406
Winnie, TX 77665

| | | |
|---|---|---|
| Tractor Supply<br>PO Box 689020<br>Des Moines, IA 50368 | Tri Corp Security<br>PO Box 32316<br>Oklahoma City, OK 73123 | Tri-City Fastener & Supply<br>3469 Hwy 69<br>Nederland, TX 77627 |
| Triangle Blueprint Co., Inc.<br>1123 Calder<br>Beaumont, TX 77701 | Triangle Waste Solutions<br>PO Box 4253-P<br>Houston, TX 77210-4253 | Triple M Saltwater Disposal<br>PO Box 759<br>Kilgore, TX 75663 |
| TriStar Welding Supply<br>12771 Market Street<br>Houston, TX 77015 | U-Krane, Inc.<br>Dept. 6003<br>P.O. Box 4283<br>Houston, TX 77210 | U.S. Galvanizing, L.P.<br>PO Box 1506<br>Hurst, TX 76053 |
| United Communications, Inc.<br>5615 College Street<br>Beaumont, TX 77707 | United Corporate Services, Inc.<br>Ten Bank Street, Suite 56<br>White Plains, NY 10606 | UPS (Auto Debit)<br>Lockbox 557<br>Carol Stream, IL 60132-0577 |
| US Mat<br>10809 Sheldon Road<br>Houston, TX 77044 | Velez Construction Services<br>PO Box 24764<br>Houston, TX 77229 | Veriforce<br>1776 Woodstead Court, Suite 119<br>The Woodlands, TX 77380 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon<br>P.O. Box 105378<br>Atlanta, GA 30348 | Vulcan Construction (Texas)<br>PO Box 849131<br>Dallas, TX 75284-9131 |
| Walgreens<br>P.O. Box 90484<br>Chicago, IL 60696 | Waste Management<br>LDB PO Box 352<br>Milford, CT 06460 | Wastewater Specialties, Inc.<br>2205 Industrial Drive<br>Sulphur, LA 70665 |
| WebTech Wireless<br>4299 Canada Way, Suite 215<br>Burnaby, BC  V5G 1H3 | Welders Industrial Supply, LLC<br>8131 Red Bluff<br>Pasadena, TX 77507 | West Coastal Field Services<br>PO Box 203620<br>Houston, TX 77216 |
| White Cap Construction Supply<br>160 Hansen Court, Suite 105<br>Dept. 774341<br>Wood Dale, IL 60191 | Williams Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | Wilson Supply<br>PO Box 200822<br>Dallas, TX 75320-0822 |
| Wingfoot Commercial Tire<br>1255 W. Cardinal Drive<br>Beaumont, TX 77725 | Worldwide Machinery<br>PO Box 4703<br>Dallas, TX 75395-4703 | Wowco Rental Co.<br>5430 Hwy 146<br>Baytown, TX 77520 |
| Xerox Capital<br>PO Box 7405<br>Pasadena, CA 91109-7405 | | |